UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Rita C. Simpson–Vlach, et al.,

                Plaintiff(s),

v.                                         Case No. 5:21–cv–11532–JEL–APP
                                          Hon. Judith E. Levy

Michigan Department of
Education, et al.,

                Defendant(s),

### NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Judith E. Levy at the United States District Court, Federal Building, 200 East Liberty Street, Ann Arbor, Michigan.  The following motion(s) are scheduled for hearing:

    Motion to Dismiss – #20

- MOTION HEARING:  November 4, 2021 at 03:00 PM

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                              By: s/W. Barkholz
                                                       Case Manager

Dated:  July 30, 2021