UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RITA C. SIMPSON-VLACH, ALAN
SIMPSON-VLACH, on behalf of
A.S and M.S., and individually,
KATHY BISHOP, CHRISTOPHER
PLACE, on behalf of C.P. and H.P.,
and individually,

       Plaintiffs,

v

MICHIGAN DEPT. OF EDUCATION,
ANN ARBOR PUBLIC SCHOOLS,
WASHTENAW ISD, DR. JEANICE
SWIFT, in her official capacity, DR.
MARIANNE FIDISHIN, in her official
capacity, SCOTT MENZEL, in his official
capacity, NAOMI NORMAN, in her
official
capacity, and MICHAEL F. RICE, PH.D.,
in his official capacity,

       Defendants,
_____/

Judge Judith E. Levy
Magistrate Judge Anthony P. Patti
No. 21-11532

**STIPULATED ORDER TO STRIKE DEFENDANT WASHTENAW ISD'S MOTION TO DISMISS [ECF #33]**

Charlotte G. Carne (P61153)
Brain Injury Rights Group
*Attorney for Plaintiffs*
300 East 95th Street, Ste. 130
New York, NY 10128
(646) 850-5035
charlotte@pabilaw.org

Timothy J. Mullins (P28021)
John L. Miller (P71913)
Travis M. Comstock (P72025)
Giarmarco, Mullins & Horton, P.C.
*Attorneys for Defendants, Washtenaw ISD, Scott Menzel and Naomi Norman*
101 W. Big Beaver Road, 10th Floor
Troy, MI 48084-5280
(248) 457-7020
tmullins@gmhlaw.com
jmiller@gmhlaw.com
tcomstock@gmhlaw.com

<table>
<tr><td>

Richard J. Landau (P42223)  
RJ Landau Partners PLLC  
*Attorney for Defendants, Ann Arbor Public Schools, Dr. Jeanice Swift and Dr. Marianne Fidishin*  
5340 Plymouth Rd., Suite 200  
Ann Arbor, MI 48105  
(734) 865-1585  
rjlandau@rjlps.com

</td><td>

Neil Giovanatti (P82305)  
*Attorney for Michigan Dept. of Education*  
Assistant Attorney General Health, Education & Family Services Division  
P.O. Box 30758  
Lansing, MI 48909  
(517) 335-7603  
giovanattin@michigan.gov

</td></tr>
</table>

# STIPULATED ORDER TO STRIKE WASHTENAW ISD'S MOTION TO DISMISS [ECF #33]

Plaintiffs and Defendant Washtenaw Intermediate School District (Washtenaw), by and through their attorneys, stipulate to the following:

1. Defendant Washtenaw filed a Motion to Dismiss Plaintiffs' Complaint. ECF No. 33.

2. Exhibit 1 to Washtenaw's Motion is a letter sent to Defendant Ann Arbor Public Schools by Plaintiffs' counsel.

3. Exhibit 1 was inadvertently filed with student personally identifying information.

4. Washtenaw and Plaintiffs stipulate to the Court striking Washtenaw's Motion to Dismiss in its entirety so that Washtenaw can refile its motion with a properly redacted Exhibit 1.

IT IS HEREBY ORDERED that pursuant to the above stipulation of the parties,

2

DEFENDANT WASHTENAW INTERMEDIATE SCHOOL DISTRICT'S Motion to Dismiss (ECF No. 33) is STRICKEN, and WASHTENAW must refile the Motion with a redacted version of the Exhibit.

Date: August 19, 2021	s/Judith E. Levy
　　　　　　　　　　　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　　United States District Judge

STIPULATED AND AGREED TO BY:

/s/Travis M. Comstock (P72025)
Giarmarco, Mullins & Horton, P.C.
*Attorney for Defendants, Washtenaw ISD,*
*Scott Menzel and Naomi Norman*
101 W. Big Beaver Road, 10th Floor
Troy, MI 48084-5280
(248) 457-7020
tcomstock@gmhlaw.com


/s/Charlotte G. Carne (P61153)
Brain Injury Rights Group
*Attorney for Plaintiffs*
300 East 95th Street, Ste. 130
New York, NY 10128
(646) 850-5035
charlotte@pabilaw.org