UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RITA C. SIMPSON-VLACH, ALAN SIMPSON-VLACH, on behalf of A.S. and M.S., and individually, KATHY BISHOP, CHRISTOPHER PLACE, on behalf of C.P. and H.P., and individually,

    Plaintiffs,

v.

MICHIGAN DEPARTMENT OF EDUCATION, ANN ARBOR PUBLIC SCHOOLS, WASHTENAW INTERMEDIATE SCHOOL DISTRICT, DR. JEANICE SWIFT, in her official Capacity, DR. MARIANNE FIDISHIN, in her official capacity, SCOTT MENZEL, in his official capacity, NAOMI NORMAN, in her official capacity, MICHAEL F. RICE, Ph.D., in his official capacity,

    Defendants.

Case No. 21-cv-11532

HON. JUDITH E. LEVY

MAG. ANTHONY P. PATTI

**STIPULATED ORDER REGARDING PLAINTIFFS' MOTION FOR AUTOMATIC AND PRELIMINARY INJUNCTION (ECF NO. 42)**

| | |
|---|---|
| Charlotte G. Carne (P61153)<br>Rory J. Bellantoni<br>Brain Injury Rights Group MI<br>Attorneys for Plaintiff<br>300 East 95th Street, Suite 130<br>New York, NY 10128<br>646-850-5035<br>charlotte@pabilaw.org | Neil Giovanatti (P82305)<br>Nadia D. Vann (P83543)<br>Assistant Attorneys General<br>Attorneys for State Defendants<br>MI Dep't of Attorney General<br>Health, Education & Family Services<br>P.O. Box 30758<br>Lansing, MI 48909<br>(517) 335-7603<br>giovanattin@michigan.gov<br>vannn@michigan.gov |
| Richard J. Landau (P42223)<br>Attorney for AAPS Defendants<br>5340 Plymouth Road<br>Suite 200<br>Ann Arbor, MI 48105<br>734-865-1585<br>rjlandau@rjlps.com | Timothy J. Mullins (P28021)<br>John L. Miller (P71913)<br>Travis M. Comstock (P72025)<br>Giarmarco, Mullins & Horton, P.C.<br>Attorneys for WISD Defendants<br>101 W. Big Beaver Rd., 10th Floor<br>Troy, MI 48084<br>(248) 457-7020<br>tmullins@gmhlaw.com<br>jmiller@gmhlaw.com<br>tcomstock@gmhlaw.com |

---

### STIPULATED ORDER REGARDING PLAINTIFFS' MOTION FOR AUTOMATIC AND PRELIMINARY INJUNCTION (ECF NO. 42)

WHEREAS, on August 4, 2021, Plaintiffs filed their original Motion for Automatic and Preliminary Injunction (ECF No. 27);

WHEREAS, on August 9, 2021, the Court held a status conference at which the Court ordered Plaintiffs' motion be held in abeyance

pending disposition of Defendants' motions to dismiss. The Court subsequently entered a written order to that effect (ECF No. 32);

WHEREAS, on August 25, 2021, the Court issued an order striking Plaintiffs' motion because the associated briefing did not comply with the Court's Local Rules;

WHEREAS, on September 2, 2021, Plaintiffs refiled their Motion for Automatic and Preliminary Injunction (ECF No. 42); and

WHEREAS the parties submit this stipulated order to provide clarity for the record that the Plaintiffs' Motion for Automatic and Preliminary Injunction (ECF No. 42), like its predecessor (ECF No. 27), shall be held in abeyance pending disposition of the Defendants' motions to dismiss.

THEREFORE, it is hereby ORDERED that Plaintiffs' Motion for Automatic and Preliminary Injunction (ECF No. 42) shall be held in abeyance pending disposition of Defendants' motions to dismiss.

Date: September 3, 2021                     s/Judith E. Levy
                                            JUDITH E. LEVY
                                            United States District Judge

IT IS SO STIPULATED:*

Dated: September 3, 2021    /s/ *Charlotte G. Carne*
Charlotte G. Carne (P61153)
Attorney for Plaintiffs
***Plaintiffs stipulated as to form only, not substance**

Dated: September 3, 2021    /s/ *Neil Giovanatti*
Neil Giovanatti (P82305)
Attorney for State Defendants

Dated: September 3, 2021    /s/ *Richard J. Landau*
Richard J. Landau (P42223)
Attorney for AAPS Defendants

Dated: September 3, 2021    /s/ *Travis M. Comstock*
Travis M. Comstock (P72025)
Attorney for WISD Defendants

4