UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Rita C. Simpson–Vlach, et al.,

                              Plaintiff(s),

v.                                                    Case No. 5:21–cv–11532–JEL–APP
                                                      Hon. Judith E. Levy

Michigan Department of
Education, et al.,

                              Defendant(s),

_____

## NOTICE OF MOTION HEARING

    You are hereby notified to appear before District Judge Judith E. Levy at the United States District Court, Federal Building, 200 East Liberty Street, Ann Arbor, Michigan.  The following motion(s) are *rescheduled* for hearing:

                    Motion to Dismiss – #20
                    Motion to Dismiss – #34
                    Motion to Dismiss – #38

        • MOTION HEARING:  January 27, 2022 at 01:30 PM

### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                              By: s/W. Barkholz_____
                                    Case Manager

Dated:   October 13, 2021