UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Rita C. Simpson-Vlach, *et al.*,

        Plaintiffs,

v.

Michigan Department of Education, *et al.*,

        Defendants.

_____/

Case No. 21-cv-11532

Judith E. Levy
United States District Judge

Mag. Judge Anthony P. Patti

**ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER [52] AND ORDER REQUIRING UPDATE ON ADMINISTRATIVE PROCEEDINGS**

On January 5, 2022, Plaintiffs filed a motion for a temporary restraining order. (ECF No. 52.) The Court will hear this motion on January 27, 2022 at 1:30 p.m. Defendants' response to the motion is due by January 14, 2022. Plaintiffs may file a reply by January 20, 2022.

By January 12, 2022, the parties must file on the docket a joint update on the outcome of the administrative proceedings related to the underlying complaint.

IT IS SO ORDERED.

| | |
|---|---|
| Dated: January 6, 2022<br>Ann Arbor, Michigan | s/Judith E. Levy<br>JUDITH E. LEVY<br>United States District Judge |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 6, 2022.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager
