UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Rita C. Simpson-Vlach, *et al.*,

        Plaintiffs,    Case No. 21-cv-11532

v.    Judith E. Levy
United States District Judge

Michigan Department of
Education, *et al.*,    Mag. Judge Anthony P. Patti

        Defendants.

_____/

**ORDER DENYING PLAINTIFFS' MOTION
FOR A TEMPORARY RESTRAINING ORDER [52]**

This case is before the Court on the motion for a temporary restraining order filed by Plaintiffs Rita C. Simpson-Vlach, Alan Simpson-Vlach, Kathy Bishop, and Christopher Place. (ECF No. 52.) On January 27, 2022, a hearing was held by video conference and oral argument was heard. Plaintiffs' motion is DENIED for the reasons set forth on the record, including but not limited to the fact that Plaintiffs' counsel indicated during the hearing that the relief sought in the motion is identical to the relief sought in the complaint filed in this case.

    IT IS SO ORDERED.

Dated: February 3, 2022         s/Judith E. Levy
Ann Arbor, Michigan             JUDITH E. LEVY
                                          United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 3, 2022.

                                          s/William Barkholz
                                          WILLIAM BARKHOLZ
                                          Case Manager