UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Rita C. Simpson-Vlach, *et al.*,

                  Plaintiffs,     Case No. 21-cv-11532

v.                                    Judith E. Levy
                                      United States District Judge

Michigan Department of
Education, *et al.*,              Mag. Judge Anthony P. Patti

                  Defendants.

_____/

**ORDER REQUIRING PLAINTIFFS TO INFORM THE COURT
ABOUT THE REMAINING COUNTS IN THIS CASE**

On January 27, 2022, the Court held a hearing by video conference and heard oral argument on Plaintiffs' motion for a temporary restraining order (ECF No. 52) and three motions to dismiss filed by various sets of Defendants. (ECF Nos. 20, 34, 38.) In light of Plaintiffs' counsel's acknowledgement at the oral argument that certain claims cannot be maintained in the Sixth Circuit, as well as counsel's indication that the Release and Settlement Agreements fully redress Plaintiffs' injuries, Plaintiffs must indicate to the Court before February 17, 2022

which counts of their complaint, if any, they wish to voluntarily dismiss and whether any counts remain in the case.

IT IS SO ORDERED.

Dated: February 3, 2022　　　　　　s/Judith E. Levy
Ann Arbor, Michigan　　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 3, 2022.

　　　　　　　　　　　　　　　　s/William Barkholz
　　　　　　　　　　　　　　　　WILLIAM BARKHOLZ
　　　　　　　　　　　　　　　　Case Manager