UNITED STATES DISTRICT COURT
EASTERN DISTRICT MICHIGAN

RITA C. SIMPSON-VLACH,
ALAN SIMPSON-VLACH,
on behalf of A.S. and M.S., and
individually, KATHY BISHOP,
CHRISTOPHER PLACE,
on behalf of C.P. and H.P, and
individually,

        Plaintiffs,    Civil Action No. 21-cv-11532

v.    Honorable Judith E. Levy

MICHIGAN DEPARTMENT OF EDUCATION,
ANN ARBOR PUBLIC SCHOOLS,
WASHTENAW INTERMEDIATE SCHOOL DISTRICT,
DR. JEANICE SWIFT, in her official capacity,
DR. MARIANNE FIDISHIN, in her official capacity,
SCOTT MENZEL, in his official capacity,
NAOMI NORMAN, in her official capacity,
MICHAEL F. RICE, Ph.D., in his official capacity,

        Defendants.
_____/

## MOTION FOR WITHDRAWAL OF ATTORNEY AND PROPOSED ORDER

I, Charlotte G. Carne, hereby move to withdrawal as counsel of record for Plaintiffs in the above-entitled case because I voluntarily separated my employment with the Brain Injury Rights Group effective February 4, 2022. Rory Bellantoni remains counsel of record and is admitted to practice in Michigan in the above-

entitled case.

/s/Charlotte G. Carne
Charlotte G. Carne (P61153)
Dykema
2723 South State Street, Suite 400
Ann Arbor, Michigan 48104
ccarne@dykema.com

February 11, 2022

# **ORDER OF WITHDRAWAL**

At a session of Court, held in the City of Ann Arbor, County of Washtenaw, State of Michigan, on:

_____

Upon reading the Motion for Withdrawal of Attorney in the above-entitled case:

IT IS ORDERED that on this date, Charlotte G. Carne is withdrawn as counsel of record for Plaintiffs in the above-entitled case.

**IT IS SO ORDERED.**

Date: _____

_____
Judith E. Levy
United States District Judge

## **CERTIFICATE OF SERVICE**

On February 11, 2022, the undersigned counsel served the foregoing document upon counsel of record via the Court's ECF System.

/s/Charlotte G. Carne
Charlotte G. Carne (P61153)