UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Rita C. Simpson-Vlach, *et al.*,

           Plaintiffs,      Case No. 21-cv-11532

v.                                 Judith E. Levy
                                 United States District Judge

Michigan Department of
Education, *et al.*,            Mag. Judge Anthony P. Patti

           Defendants.

_____/

## ORDER REGARDING MOTION FOR WITHDRAWAL OF ATTORNEY [65]

Before the Court is attorney Charlotte G. Carne's motion to withdraw as counsel for Plaintiffs. (ECF No. 65.) Ms. Carne does not indicate in her motion whether she sought concurrence prior to its filing. *See* E.D. Mich. LR 7.1(a). The Court is especially interested in the issue of concurrence because Ms. Carne appears to be lead counsel for Plaintiffs and there is an upcoming deadline for Plaintiffs to inform the Court about the remaining counts in this case. (*See* ECF No. 64.)

Accordingly, the Court will rule on the motion to withdraw after opposing counsel has had an opportunity to respond. Defendants have until February 25, 2022 to file a response. *See* E.D. Mich. LR 7.1(e)(1).

IT IS SO ORDERED.

Dated: February 11, 2022        s/Judith E. Levy
Ann Arbor, Michigan           JUDITH E. LEVY
                                        United States District Judge