# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Rita C. Simpson-Vlach, *et al.*,

                Plaintiffs,    Case No. 21-cv-11532

v.                                    Judith E. Levy
                                      United States District Judge

Michigan Department of
Education, *et al.*,             Mag. Judge Anthony P. Patti

                Defendants.

_____/

## **JUDGMENT**

For the reasons stated in the opinion and order entered on today's date, it is ordered and adjudged that the case is dismissed without prejudice.

                                      KINIKIA D. ESSIX
                                      CLERK OF THE COURT

                          By:   s/William Barkholz
                                  DEPUTY COURT CLERK

Date: July 22, 2022

APPROVED:

s/Judith E. Levy
JUDITH E. LEVY
UNITED STATES DISTRICT JUDGE